IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORDAN GALLACHER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  2:21-cv-01675 |
| | ) | |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| v. | ) | |
| | ) | |
| GIANT EAGLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Counsel filed a (ECF No. 8) Notice of Settlment. The only matters remaining will be the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a).  It appears that there is no further action required by the court at this time.  Therefore,

**IT IS ORDERED** this 19th day of January, 2022, that the Clerk of Court mark this case **CLOSED**.  Nothing contained in this order shall be considered a dismissal or disposition of this action.  Should further proceedings be required, either party may file a motion to re-open and this case will proceed as if this order had not been entered.

**IT IS FURTHER ORDERED** that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized including, but not limited to, enforcing settlement.

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc:   All Counsel of Record.